## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Monique Brown

                                    Plaintiff,

v.                                                                             Case No.: 1:16−cv−10667

                                                                                 Honorable Charles P. Kocoras

Health Resource Solutions, Inc., et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 19, 2018:

    MINUTE entry before the Honorable Maria Valdez: Final Approval Hearing held on 4/19/18. The Court finds the proposed settlement, fair, reasonable, appropriate, and in the best interests of the settlement class, and therefore grants the parties#039; Joint Motion For Final Approval Of Class Action Settlement And Final Approval Of FLSA Collective Action Settlement [66] and Plaintiffs' Unopposed Petition for Approval of Attorney's Fees and Service Payment to The Class Representative [68]. Class Counsel is thus entitled to an award of $300,000.00, Class Counsel is entitled to settlement administration expenses in the amount of $7,878.00, and the Class Representative Monique Brown is entitled to a Service Award of $7,500.00. Civil case terminated. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.